| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
July 20, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| Samuel Frausto | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Civil Action H-19-4718 |
| | § | |
| Southwest Airlines, | § | |
|    Defendant. | § | |

## Order of Adoption

On June 26, 2020, Magistrate Judge Peter Bray filed a memorandum and recommendation (29) recommending that the court grant in part and deny in part Southwest Airlines's motion to dismiss. Southwest filed objections. (30) The objections are denied. The court adopts the memorandum and recommendation as its memorandum and opinion.

Signed at Houston, Texas, on July _18_, 2020.

Lynn N. Hughes
United States District Judge